FILED
SEP 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carpieux               Plaintiff,

vs.

City of Emeryville    Defendant.

CASE NO. C08-04347 BZ

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Andre' Carpieux, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ____    No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                      - 1 -

1 | wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the following

6 | sources:

7 |     a.    Business, Profession or     Yes ___ No _X_

8 |          self employment

9 |     b.    Income from stocks, bonds,     Yes ___ No _X_

10 |          or royalties?

11 |     c.    Rent payments?     Yes ___ No _X_

12 |     d.    Pensions, annuities, or     Yes _X_ No ___

13 |          life insurance payments?

14 |     e.    Federal or State welfare payments,     Yes _X_ No ___

15 |          Social Security or other govern-

16 |          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | _____1) $ 390_____

20 | _____2) $ 540_____

21 | 3. Are you married?     Yes ___ No _X_

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support:$ _____

27 |     b.    List the persons other than your spouse who are dependent upon you for support and

28 |          indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____     - 2 -

| | |
|---|---|
| 1 | list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.). |
| 2 | _____ |
| 3 | _____ |
| 4 | 5.  Do you own or are you buying a home?   Yes _X_ No ___ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $__*Paid*__ |
| 6 | 6.  Do you own an automobile?   Yes ___ No ___ |
| 7 | Make _Subary_ Year _90_ Model _4 drs sedan_ |
| 8 | Is it financed? Yes ___ No _X_ If so, Total due: $_____ |
| 9 | Monthly Payment: $_____ |
| 10 | 7.  Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: __W.M.__ |
| 12 | _____ |
| 13 | Present balance(s): $ __$70.00__ |
| 14 | Do you own any cash? Yes ___ No _X_ Amount: $ __40.00__ |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated market |
| 16 | value.)  Yes ___ No _X_ |
| 17 | _____ |
| 18 | 8.  What are your monthly expenses? |
| 19 | Rent: $_____ Utilities: __$120.00__ |
| 20 | Food: $ __400.00__ Clothing: __50.00__ |
| 21 | Charge Accounts: |
| 22 | Name of Account            Monthly Payment            Total Owed on This Account |
| 23 | _____     $_____     $_____ |
| 24 | _____     $_____     $_____ |
| 25 | _____     $_____     $_____ |
| 26 | 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they |
| 27 | are payable.  Do not include account numbers.) |
| 28 | _____ |

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes ___  No  X
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  Sept 16-008                        /s/ Andre Cassiang
12         DATE                              SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 4 -