UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARPIAUX, | ) |
| | ) |
| Plaintiff, | ) No. C08-4347 BZ |
| | ) |
| v. | ) **ORDER CONTINUING INITIAL** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| CITY OF EMERYVILLE | ) |
| REDEVELOPMENT AGENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Initial Case Management Conference is continued to **April 20, 2009 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. A joint case management statement is due **April 13, 2009.** Plaintiff shall appear in person. By **March 9, 2009** plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov.

Dated: February 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARPIAUX C. CITY OF EMERYVILLE\ORDER CONTINUING INITIAL CMC.wpd

1