UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE CARPIAUX, | ) | |
| | ) | |
| Plaintiff, | ) | No. C08-4347 BZ |
| | ) | |
| v. | ) | **BRIEFING ORDER** |
| | ) | |
| CITY OF EMERYVILLE REDEVELOPMENT AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant having filed a motion to dismiss plaintiff's first amended complaint, **IT IS HEREBY ORDERED** as follows:

    1.  By **March 9, 2009** defendant shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov.;

    2.  If both sides consent plaintiff's opposition shall be filed by **April 1, 2009**; and

    3.  Defendant's reply, if any, shall be filed by **April 10, 2009;**

    4.  A hearing is scheduled for **May 20, 2009 at 10:00 a.m.** in Courtroom G, on the 15th Floor of the Federal

1

1  Building, 450 Golden Gate Avenue, San Francisco, California
2  94102.
3  Dated: February 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARPIAUX C. CITY OF EMERYVILLE\BRIEFING ORDER.wpd

2