1  Andre Carpiaux
   1264 Ocean Avenue
2  Emeryville, CA 94608
   Telephone: (510) 292-9807
3
   Plaintiff, Pro Se
4

5  Dale L. Allen, # 145279
   Dirk D. Larsen, # 246028
6  Low, Ball & Lynch
   505 Montgomery St., 7th Floor
7  San Francisco, CA 94111-2584
   Telephone: (415) 981-6630
8  Facsimile: (415) 982-1634

9  Attorneys for Defendant
   City of Emeryville Redevelopment Agency
10

11

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                                          ) Case Number: C 08-4347 BZ
      Andre Carpiaux,                       )
15                                          ) **STIPULATION AND [PROPOSED]**
                   Plaintiff,               ) **ORDER TO EXTEND DEADLINES AND**
16                                          ) **CONTINUE UPCOMING HEARINGS**
            vs.                             )
17                                          )
      City of Emeryville Redevelopment Agency, )
18                                          ) Magistrate Judge Bernard Zimmerman
                   Defendant                )
19    _____ )

20
      Plaintiff Andre Carpiaux and Defendant City of Emeryville Redevelopment Agency
21
   hereby stipulate to a 60-day continuance of the case, including the April 1, 2009 deadline for
22
   plaintiff to oppose defendant's motion to dismiss, the April 13, 2009 deadline to file a joint case
23
   management statement, the April 20, 2009 case management conference, and the May 20, 2009
24
   hearing on the defendant's motion to dismiss. The parties respectfully request that the court
25
   issue an order extending those deadlines by 60 days and rescheduling the hearing on the motion
26

27
   STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES AND CONTINUE
   UPCOMING HEARINGS
   CASE NO. C 08-4347 BZ
   Page 1 of 2

1 | to dismiss and the case management conference accordingly. If the court so orders, the parties
2 | propose that the new schedule is set as follows:

3 |     June 1, 2009 – Plaintiff's Opposition to Defendant's Motion to Dismiss Due
4 |     June 15, 2009 – Joint Case Management Statement Due
5 |     June 22, 2009 – Case Management Conference
6 |     July 20, 2009 – Hearing on Defendant's Motion to Dismiss

                            Respectfully Submitted,

_March 30-009_             _/s/ André Carpiaux_
Date                                     André Carpiaux
                                        Plaintiff Pro Se

_March 30, 2009_             _/s/_
Date                                     Dirk D. Larsen
                                        Low, Ball & Lynch
                                        Attorneys for Defendant
                                        Emeryville Redevelopment Agency

       PURSUANT TO STIPULATION, IT IS SO ORDERED, _except that:_
_Defendant's Reply is due June 8, 2009_
_Motion will be heard July 1, 2009 at 10 a.m._

_1 April 09_             _/s/ Bernard Zimmerman_
Date                                   Bernard Zimmerman
                                        Magistrate Judge, U.S. District Court