UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARPIAUX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF EMERYVILLE<br>REDEVELOPMENT AGENCY,<br><br>　　　　Defendant. | No. C08-4347 BZ<br><br>**AMENDED BRIEFING ORDER** |

　　　Following the status conference on June 22, 2009, **IT IS HEREBY ORDERED** as follows:

　　　1.　Plaintiff's opposition to defendant's motion to dismiss shall be filed by **July 7, 2009**;

　　　2.　Defendant's reply, if any, shall be filed by **July 13, 2009;**

　　　3.　After receiving the papers, the Court will decide if a hearing is necessary.

Dated: June 24, 2009

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 Bernard Zimmerman
　　　　　　　　　　　　　　　　　　 United States Magistrate Judge

G:\BZALL\-BZCASES\CARPIAUX C. CITY OF EMERYVILLE\AMENDED BRIEFING ORDER.wpd

1