1. Andre' CARPIAUX in pro per
2. 1264 Ocean Av. EMERYVILLE
3. Cal. 94608-1148
4. tel. 510 292 9807
5. Home and fax 510 601 1382
   CXEngineers@yahoo.com
6. Andre' CARPIAUX

7. PLAINTIFF

8. Vs

9. Redevelopment Agency

10. City of Emeryville et al.,

11. DEFENDANTS

**FILED**

JUL 1 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DALE L. ALLEN # 145279

DIRK D. LARSEN # 246028

LOW, BALL & LYNCH

Facsimile ( 415 ) 982 1634

CASE # C – 08 – 4347 - B. Z.

12.

13. Plaintiff Andre' CARPIAUX submit to Defendant Emeryville a request to answer

14. questions relatives and directly connected to time of events at the request for A.D.A.

15. compliance as the status of the funds available for such expenditure.

16. First, ( when ) DATE the " CITY " gave money in the form of grant, donation, tax

17. break ( not paying ) in full or fraction thereof, investment, free rent month, year,

18. subsidy of any kind for any purpose such as land acquisition by business fashion

19. or forced transaction such " imminent domain ", or absorbing cost of site clean up.

20. Second, to WHOM, name of person(s) or entity, developer(s), charity, love affair.

21. Third, for WHAT , e.i. such as development of under utilization of land, ets…

22. Fourth, AUTHORIZATION, name of Council Members, negotiating, approving,

1. voting for the dispensation of the funds under whatever named category a.k.a.

2. " public money " generated from whatever source subjected to public scrutiny.

3. Date *July 06-009*          Signature *Andre' Carpiaux*

4. *Exhibit K.*                 Plaintiff pro se Andre' Carpiaux

From: Andre Carpiaux (cxengineers@yahoo.com)
To: khemphill@ci.emeryville.ca.us
Date: Monday, June 8, 2009 7:30:52 AM
Subject: Re: Emeryville Awarded $84K for Summer Youth Jobs!

K.

Dear Karen ;

      A City councilmen wrote me that the City Manager or his office should be able to provide me with the list of the recipients of the " donation " monetary award for what ever reasons and whatever project under whatever name or program or political situation or " investment ". This is a broad request but with your instruction I could come with specific instances as long as it is funds generated by the public that should be public record. Should I come in person ? Do you have a written request form available ? you may call me at  510   292 9807
If you need clarification , please let me know,.
Thank you.  Andre'.