UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARPIAUX,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF EMERYVILLE<br>REDEVELOPMENT AGENCY,<br><br>      Defendant. | No. C08-4347 BZ<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A CONTINUANCE & SETTING FURTHER BRIEFING SCHEDULE** |

On February 23, 2009, defendant City of Emeryville Redevelopment Agency ("defendant") filed a motion to dismiss plaintiff Andre Carpiaux's ("plaintiff") complaint. After a series of continuances (*see, e.g.*, Doc. No. 27), plaintiff filed an opposition to defendant's motion to dismiss on July 7, 2009, and defendant thereafter filed a reply to plaintiff's opposition on July 13. Plaintiff subsequently filed a request for a continuance on July 17, stating that his attorney will be away and unable to assist him until mid-August.

Plaintiff's opposition is more akin to an amended complaint than an opposition, but in either capacity, it is

1

not clear that the document filed by plaintiff addresses the shortcomings that appear in plaintiff's original complaint.

Treating plaintiff's opposition as the filing of an amended complaint pursuant to Rule 15(a)(1), **IT IS HEREBY ORDERED** as follows:

1) Consistent with the following schedule, plaintiff's request for a continuance is granted.

2) If defendant wishes to file additional papers in support of its motion to dismiss to address the amended complaint, it shall do so by **August 17, 2009.**

3) If defendant files additional papers, plaintiff's opposition shall be due by **September 8, 2009**.  After reviewing the papers, the Court will decide whether a hearing is necessary.

4) Attached is information about the Volunteer Legal Services Program's Legal Help Center for *pro se* litigants.  If plaintiff decides to continue to represent himself, the Court suggests he make an appointment with the Center.

Dated: July 27, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARPIAUX C. CITY OF EMERYVILLE\ORDER GRANTING CONTINUANCE.BZ.wpd