UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARPIAUX,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF EMERYVILLE<br>REDEVELOPMENT AGENCY,<br><br>      Defendant. | No. C08-4347 BZ<br><br>**REFERRAL ORDER** |

    Because the Plaintiff has requested and is in need of counsel to assist him in this matter and volunteer counsel is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, attorneys Dan Roth and Henry Wykowski are hereby appointed as counsel for the limited purpose of assisting the plaintiff at the upcoming settlement conference.

Dated: October 26, 2009

                              Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\CARPIAUX C. CITY OF EMERYVILLE\Referral Order.wpd

1