IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE CARPIAUX,

    Plaintiff,

v.

CITY OF EMERYVILLE REDEVELOPMENT AGENCY,

    Defendant.

CASE NO. 08-cv-4347 (BZ)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Daniel Charles Roth, whose business address and telephone number is

Federal Pro Bono Project
450 Golden Gate Ave., 15th Fl., Rm. 2796  San Francisco, CA 94102
(415) 868-5790

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Andre Carpiaux;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 3, 2009

*Bernard Zimmerman*
BERNARD ZIMMERMAN
United States Magistrate Judge