

VLSP BOARD OF DIRECTORS
Russell S. Roeca
　Chair
Arturo J. González
　Vice Chair
Priya Sanger
Christopher Emley
Bruce Ives
Timothy W. Moppin
Jeffrey S. Ross
Jennifer Shoda
Mary Twomey

LEADERSHIP COUNCIL
Christopher Emley
　Chair
Robert Augustine Depew
　Vice-Chair

STAFF
Tiela Chalmers, Esq.
　Executive Director
Mairi McKeever
　Managing Attorney
Teresa Friend
　Managing Attorney, HAP
Julie Rosenthal, MSW
　Director of Social Services
Katie Danielson
　Senior Supervising Attorney, HAP
Nicholas Baran
　Supervising Attorney
Javier Bastidas
　Supervising Attorney
Krista Denton
　Supervising Attorney
Andrea Fitanides
　Supervising Attorney
Carolyn Gold
　Supervising Attorney
Jennifer Greengold
　Supervising Attorney
Ramona Q. Holguń
　Supervising Attorney, HAP
Ted Janowsky
　Supervising Attorney, HAP
Megan Low
　Volunteer Services Manager
Hali Reiskin
　Supervising Attorney
Kristie Whitehorse
　Supervising Attorney, FLASH
Laura Chiera
　Staff Attorney, HAP

January 8, 2010

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
450 Golden Gate Ave., 15th Floor, Courtroom G
San Francisco, CA 94102

   RE: Notice of Substitution of Counsel
      *Carpiaux v. City of Emeryville Redevelopment Agency*
      Case No. C-08-4347 BZ

Dear Judge Zimmerman,

I respectfully request your permission to substitute myself in place of Daniel Charles Roth, who is currently an attorney of record in the above-captioned matter. In an order dated October 26, 2009, the Court appointed Mr. Roth and Mr. Henry Wykowski for the limited purpose of assisting the formerly *pro se* plaintiff at the settlement conference that is scheduled for January 25, 2010. Mr. Roth is my colleague at the Federal Pro Bono Project. His schedule does not permit him to devote the time necessary to represent Mr. Carpiaux at the upcoming settlement conference. I am fully apprised of the facts and issues in this case and believe that my prompt substitution will best serve the interests of Mr. Carpiaux and the Court.

I am a member in good standing of the bar of the Northern District Court of California.

Sincerely,

/s/ Jennifer Greengold Healey

Jennifer Greengold Healey
SBN #235602 (as Jennifer Dora Greengold)
Federal Pro Bono Project
450 Golden Gate Ave., 16th Floor
San Francisco, CA  94102
Phone:  415.626.6917
Fax: 415.626.6997
E-mail: jgreengold@sfbar.org

cc: Andre Carpiaux
   Dan Roth
   Henry Wykowski

☐ VOLUNTEER LEGAL SERVICES PROGRAM
tel 415.982.1600  fax 415.477.2390
301 Battery Street, 3rd Floor San Francisco, CA 94111
www.sfbar.org/vlsp

HOMELESS ADVOCACY PROJECT ☐
tel 415.575.3130   fax .415.575.3132
1360 Mission Street, Suite 201 San Francisco, CA 94103
www.sfbar.org/vlsp