**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Magistrate Judge Edward M. Chen**

SETTLEMENT CONFERENCE MINUTES

**Date:** February 11, 2010                    **Time:** 9:30 - 12:48

**Case No.:**      C-08-4347 BZ (EMC)

**Case Name:**    Andre Carpiaux v. City of Emeryville Redevelopment Agency

**Deputy Clerk:**    Leni Doyle         **Court Reporter:**    FTR 02112010 (12:44 - 12:48)

**Attorney(s) for Plaintiff:**    Jennifer Greengold Healey, Henry G. Wykowski, Robert Esposito

**Attorney(s) for Defendant:**  Mark F. Hazelwood

---

PROCEEDINGS

| | |
|---|---|
| __X__ | Settled |
| _____ | Partial settlement |
| _____ | Did not settle |
| _____ | Other: |

**Notes:**



cc:      EMC, BZ