UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE CARPIAUX, | ) | |
| Plaintiff(s), | ) | No. C08-4347 BZ |
| v. | ) | **CONDITIONAL ORDER OF DISMISSAL** |
| CITY OF EMERYVILLE REDEVELOPMENT AGENCY, | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 Days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: April 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARPIAUX C. CITY OF EMERYVILLE\ORDER OF CONDITIONAL DISMISSAL.wpd

1